IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A. GREENE, SR.,

        Plaintiff,                    No. CIV S-04-1983 FCD KJM P

    vs.

CASTRO,

        Defendant.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On December 7, 2005, the court recommended that this action be dismissed. In his objections to the findings and recommendations, plaintiff asks for leave to file an amended complaint. Because plaintiff may, as a matter of right, amend his complaint one time before a responsive pleading is filed, see Fed. R. Civ. P. 15(a), the court will grant plaintiff leave to amend. In drafting his amended complaint, plaintiff is instructed to consult this court's December 7, 2005 findings and recommendations, which identifies certain flaws in plaintiff's original complaint.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. This court's December 7, 2005 findings and recommendations are vacated;

        2. Plaintiff's complaint is dismissed; and

1

3. Plaintiff is granted thirty days within which to file an amended complaint. Plaintiff's failure to file an amended complaint within thirty days will result in a recommendation that this action be dismissed without prejudice.

DATED: May 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
gree1983.lta