IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A. GREENE, SR.,

      Plaintiff,             No. CIV S-04-1983 FCD KJM P

  vs.

CASTRO,

      Defendant.            <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 2, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's May 31, 2006 motion for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: June 19, 2006.

                                                       UNITED STATES MAGISTRATE JUDGE

1/mp
gree1983.36