IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A. GREENE, SR.,

        Plaintiff,                    No. CIV S-04-1983 FCD KJM P

    vs.

CASTRO,

        Defendant.              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file objections to the court's August 29, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 24, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the court's August 29, 2006 findings and recommendations.

DATED: November 3, 2006.

_____
U.S. MAGISTRATE JUDGE

1
gree1983.36