IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A. GREENE, SR.,

        Plaintiff,                      No. CIV S-04-1983 FCD KJM P

    vs.

CASTRO, et al.,

        Defendants.              ORDER

_____/

        On April 18, 2007, plaintiff filed a motion asking that this court vacate its April 4, 2007 order adopting the magistrate judge's August 29, 2006 findings and recommendations thereby dismissing defendant Fleischman from this action.

        A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."  Id. at 1263.

/////

/////

/////

1       Plaintiff does not present newly discovered evidence.  Furthermore, the court
2 finds that, after a <u>de novo</u> review of this case, the April 4, 2007 order adopting the August 29,
3 2006 findings and recommendations is neither manifestly unjust nor clearly erroneous.
4       Accordingly, IT IS HEREBY ORDERED that plaintiff's April 18, 2007 motion
5 for reconsideration is denied.
6 DATED: October 30, 2007.

                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE